NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYNKLOUD TECHNOLOGIES, LLC,**

*Plaintiff-Appellant*

v.

**NUANCE COMMUNICATIONS, INC.,**

*Defendant-Appellee*

---

2023-1447

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:20-cv-10564-PBS, Judge Patti B. Saris.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                    SYNKLOUD TECHNOLOGIES, LLC v. NUANCE
                                              COMMUNICATIONS, INC.

(2)  Each side shall bear their own costs.

                                        FOR THE COURT

July 14, 2023
     Date                                   /s/ Jarrett B. Perlow
                                            Jarrett B. Perlow
                                            Clerk of Court

**ISSUED AS A MANDATE:** July 14, 2023